UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS

JEFFREY O'QUINN
   PLAINTIFF(S),

(To Be supplied by clerk)
case number
(MASS TORT claim)

VS.

ILLINOIS STATE GOVERNOR PAT QUINN, ILLINOIS STATE SPEAKER OF THE HOUSE MIKE MADIGAN, ILLINOIS PRESIDENT OF THE STATE SENATE JOHN CULLERTON;
   DEFENDANT(S).

JURISDICTION AND VENUE

JEFFREY O'QUINN
 639 NORTH 41st Street          PLAINTIFF(S)
 EAST ST. LOUIS, IL 62205

ILLINOIS STATE GOVERNOR         DEFENDANT(S)
PAT QUINN
207 STATE HOUSE
SPRINGFIELD, IL, 62706



(CONT'D)   JURISDICTION AND VENUE

ILLINOIS STATE SPEAKER OF THE HOUSE        DEFENDANT(S)
MIKE MADIGAN,
 300 STATE CAPITAL
SPRINGFIELD, IL 62706
Ph# 217-782-2000


ILLINOIS PRESIDENT OF THE STATE            DEFENDANT(S)
SENATE. JOHN CULLERTON
327 STATE CAPITAL
SPRINGFIELD, IL 62706
Ph# 217-782-2000

## GENERAL COMPLAINT

Comes Now, Pro-se Petitioner, Jeffrey O'Quinn in the above cause of action, for his General Complaint, states and alleges as follows:

## STATEMENT OF CLAIM

In Illinois our elected officials infringed on the voters of Illinois, U.S Constitutional rights by passing into law co-payments on: Doctor visits and medicational payments and supplies for those whom are on medicaid in which is a State program. These voters get State Medical coverage and →

(CON'T 3)  STATEMENT OF CLAIM

FOOD STAMPS. These are all privileges and immunities of citizens. And with our state claiming its broke or going that way. This came into law without the citizens of our State voting on this issue. This is an election year for President of Our Nation. So then why couldn't this issue be on the ballot for us to vote on, with the Presidential Election? By the Defendant(s) passing this into law. I as a voter here in ILLINOIS know that this is infringement of our 14th Amendment sec. 1 rights of the US Constitution and is also infringement of our 8th Amendment right of our US Constitution.

STATEMENT OF FACTS

14th Amendment sec. 1 - No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the US, Nor shall any State deprive any person of life, liberty, or property, without due process of law, Nor deny to any person within its jurisdiction the equal protection of the laws; Infringement to voters as: Where these payments that each medicaid user has to put out. Either must: Rob, steal, and in some cases sale their Food Stamps so that they can be healthy. We must understand that this system is not used by the Defendants nor our area STATE REPS. Only by those that are poor adults and children. The funding that our State claims it shall save. Doing this shall give our

→

(con't 4) STATEMENT OF FACTS

STATE one of the biggest crime rates and total sickness within the U.S. This is cruel and unusual punishment inflicted upon all users of the state medicaid program system. 8th Amendment-cruel and unusual punishments inflicted, INFRINGEMENT: By this being passed into law our STATE Reps. don't use medicaid system. And to force the voter that lives only on the system. Due to their disablities and a lack of Jobs due to the Defendants wasting time and tax dollars having session making for their own financial gains. Our Defendants act like they have never had to use the system for nothing but to only get votes. This should be put to vote.

LEGAL CLAIMS

Petitioner knows that the Defendants are elected to offices to represent us the voters and citizens of our STATE. But these officials are not the ones that have to make ends meet with little or nothing. And just enough to bearly live on. One must pay co-payments on each medication one gets ect to the Pharmacies co-payments from $2 dollars on up. And to the Doctor $4 dollars on up. Living on a fixed income its not possible for anyone to do this I can't. And when life and liberty or property - (medications and our well being - and or health), is being Jeopardized by the ones that should be looking out for our well-being and voted in to do this. THen how shall anyone trust in elected officials again. This is not equal protection of the laws within its jurisdiction. Nor due process we have been deprived of

→

(con't 5)     LEGAL CLAIM

executive and Judicial officials of our STATE. What they have done is so cruel and unusual. And their votes and under the table controversies now punish our STATE poor, and medicaid users stop the infliction and infringement of our civil and Constitutional rights.

RELIFE:

Plaintiff is requesting under the law for each named party to give a justified amount to petitioner out of this MASS TORT CLAIM in which petitioner requests $100 million dollars from our STATE officials and the rest for the other medicaid users that request in writting. And put this issue to the voters.

DATE: 8-30-    2012

Jeffrey O'Quinn

Jeffrey O'Quinn
PLAINTIFF(S).